**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In re: Sonya C. Winkel : Case No. 11-61420

: Chapter 13

Debtor(s) : Judge Caldwell

**NOTIFICATION OF NEW ADDRESS OF DEBTOR(S)**

Attorney, W. Mark Jump, hereby notifies the court of the above referenced Debtor (s) new address:

>5686 Albany Springs Drive
>Westerville, OH 43081

>/s/W. Mark Jump
>W. Mark Jump (0062837)
>*Attorney for Debtors*
>Jump Legal Group
>2130 Arlington Avenue
>Columbus, OH 43221

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Certification by Debtor(s) Regarding Issuance of Discharge Order was served (i) **electronically** on November 23, 2016 through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. mail** on November 23, 2016 addressed to:

                                              W. Mark Jump

Served via Regular Mail:

Sonya C. Winkel
5686 Albany Springs Drive
Westerville, OH  43081